Name: Robert James Dudash
Address: 32 Hudkins lane Berkely Springs W.V. 25411
Telephone Phone: 6197181850
Email: RJDudash88@gmail

**FILED**
Mar 11 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ franciscoh   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Robert James Dudash
Logos Elyon Dudash
Yeshua Is'Dios Dudash,

Plaintiff(s),

v. Polinsky Childrens Center
San Diego Police dept. Responding officers
Child wellfare Services Tom
Ruff Kimberly Harris melinda
Straug and the Transporting
agent of CWS of my children,
mr. G foster care
takers Nicholas & Tenaya

Defendant(s).

Case No.: **'22CV0334 BAS KSC**
(assigned at time of filing)

**COMPLAINT**

San Diego police with child wellfare services agent Angelica ulloa altered and fabricated court documents and statements to kidnap and abduct my children from our home. without due process or crime or jurisdiction Demand my children to be returned to me there Dad @ once Demand Return of my babies w/out prejudice and dismissal of proceedings. Not understood

**I. RELATED CASES**

a.  Do you have other Civil Case(s) in this or any other federal court?

☑ Yes   ☑ No

b.  If yes, please list the case numbers here:

**II. STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

Andelica Ulloa cws agent altered lied and fabricated court documents to kidnap and abduct my children from their home with me

San Diego Police Dept added this malicious and frivulous actions against me and my children causing detriment to spirit, emotion, mental, and causing distress and unsettlement of our family my children and self

Marian F. Gaston may have signed off on illegit documents of he said she said as true finding - clearly violating the Constitution and the actual law of the land also violating well fare institutions codes and Statuates to kidnap and abduct my children

I believe they all may have financial gain or incentive or Job security in the ever increasing frivolous and malicious intention to kidnap and abduct children even when no serious physical harm, defined as irreversible or deadly injuries - which is not the case here.

Nicholas and Tenaya along with the above defendents mentioned continue to keep my children from me and I from them. We have been violated over 3 months now.

my children have their own home with me and all the neccesities

Judge Gary M. Bubis and Marian F. Gaston are practicing law from the bench and are biased muting me violating our rights No crimes committed at all or any well fare checks (good & Healthy)

False report stating Accident no injury Even responding officer concludes no injury no evidance yet cws Agents Andelica Ulloa and Judges and attorneys and prosecuter in conspiracy obritration fraud and Treanson Thats Treason against my children and my self

Remedy - Return my children!

**III.  RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I want the court to look and see the truth of the matter and follow the actual law of the land which I have not broke I am a law'er biding citizen I work and take care my family needs. I miss and love my children and I know they miss and love me. My children need to be returned home to me safe and sound at once, and a dismissal w/out prejudice demanded toward Superior courts proceedings against my children and self — not to mention the false imprisonment of my children in this systematic oppression occuring on us.

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes ☐ No ☑ No Jurisdiction or Crime Demand dismissal w/out prejudice of the Proceedings of Superion Court Judges

I declare under penalty of perjury that the foregoing is true and correct.

March 11 2022

Date

Signature

Robert Dudash

Printed Name  TDC

4