Print Form

Name: Robert Dudash
Address: 32 Hudkins lane Berkeley Springs WV 25411
Telephone Phone: 619 718 1850
Email: RJDudash88@gmail.com

FILED
MAY 05 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Robert James Dudash
Yeshua Is Dios Dudash
Logos Elyon Dudash,

Plaintiff(s),

v. San Diego police dept. cps cws Antelica ulloa - Kim Harris - Tom Ruff - Tien Ngyn - Danica Perez - Melinda Straugs - cps Transport Negrin - Judge Marian F. Gaston Judge Gary M. Bubis - Public defenders Jacob Bloch and Behnaz Zamani - Polinsky - and caretakers Nick and Tenaya

Defendant(s).

Case No.: 22CV0334-CAB-BLM
(assigned at time of filing)

Amended
**COMPLAINT**

My children were kidnapped and abducted by cps cws SDPD polinsky and biased treasonous people violating judges. No crimes yet my children were took from me w/out crime and due to falsifying biased judge corrupt government officials or cps and now they withhold my children and there whereabout multiple civil violations and crimes against us - Please help.

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☑ Yes ☐ No

b. If yes, please list the case numbers here:
22cv0334

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

San diego police - aided the kidnap and abduction
CPS CWS - Falsify - misinform - alter - domestic terror
Judges - Biased - unfair - Treasonous - Null/void processes
Polinsky - violate Basic rights of us and take part
Transporter CPS CWS NEGRIN - shove hand in my 2 yr old daugters croch.

my children Yeshua/Logos Dudash were kidnapped and abducted on Dec. 23 2021 going on 5 months and they have withheld them and there where aboots Nor do care takers Nick and tenaya show faces or keep up to date and informed me of my babies.

They continue to threat to take rights of my life and blood from me for no crime or Just cause.

Please help me get my children back home to me ASAP.

my daughter clings to me crying to stay w/me after visits and even when I try to get/or offer her back to social workers - she wants to stay w/me crying and holding on to me - yet social workers threaten me I will loose visits and Rights because my daughter clings to me scared to go with social workers/or care takeers and yet they want me to not speak on it and Just encourage my children to go w/them where they do not feel safe or protected and want to be w/me their dad.

Also throughout Respect to my choice/decisions concerning my childrens upbringing, education, and health ~~care~~ care also violated and Beliefs we hold in Christ as our Sovereign Lord also dis respected.

Please help my babies Logos Elyon Dudash and Yeshua Es'Dios Dudash back home to their dad ASAP. Thank You.

Robert Dudash

Also now Biased treasonous Judge and Corrupt CPS now forcing needles/in vaccination when Said no and suposed to respect God Natrual immunity and Fear of needles/punctures/marks

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

There is no price to make amends here in this - this is my life and blood and self violated - and having to participate in null/void processes against us causing trauma discourse and detriment to Emotion, spirit, and psyche - So I demand a googol and most important get my innocent babies - my life and blood back home safe and sound w/ dad, Robert Dudash

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

05.04.2022
Date

[signature]
Signature

Robert Dudash
Printed Name