UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES DUDASH; LOGOS ELYON DUDASH; YESHUA IS DIOS DUDASH;<br><br>Plaintiffs,<br><br>v.<br><br>POLINSKY CHILDRENS CENTER, et al.,<br><br>Defendants. | Case No.:  22-cv-334-CAB-BLM<br><br>**ORDER OF DISMISSAL** |

On May 24, 2022, at 10:00 a.m., a telephonic hearing was held on the Order to Show Cause ("OSC") why this case should not be dismissed for failure to comply with the Court's April 11 Order. [Doc. No. 8.]  Plaintiff Robert Dudash was instructed to connect to the OSC telephonic hearing through an AT&T Teleconference connection, and was warned that his failure to appear would result in the amended petition being dismissed with prejudice.  [Doc. No. 8 at 2.]  Plaintiff Dudash failed to appear at the telephonic OSC hearing.

Accordingly, for the reasons set forth in this Court's previous orders [Doc. Nos. 6 and 8], the amended complaint is **DISMISSED WITH PREJUDICE**.  The Clerk of Court

/ / / / /

/ / / / /

1 | shall **CLOSE** this case
2 |     **IT IS SO ORDERED**.
3 | Dated:  May 24, 2022

                                                                                           _____
Hon. Cathy Ann Bencivengo
United States District Judge