2nd Amended Complaint

JS 44 (Rev. 12/12)
# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert James Dudash III
Miranda Yvette O'Callaghan Dudash

**DEFENDANTS** CPS-CWS-PSW-Andelica Ulloa and PSW Hines, SDPD SGT. Ellison and officers Calvin, Becerra, and Zavala also SDPD and 8911 Balboa welfare agency

(b) County of Residence of First Listed Plaintiff: Berkeley Springs, West Virginia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Robert James Dudash
32 Hudkins Lane Berkeley Springs WV
25411   619 728 1850

Attorneys *(If Known)*
22-CV-334-CAB-BLM

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

FILED AUG 12 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☒ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☒ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S. Code 1983

Brief description of cause: CPS and SDPD falsify documents and violate 4th and 7th and 6th And 8th And 9th And 10th And 11th And 13th And 14th Amendments.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ Googol or 2 million
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Marian F. Gaston / Gary M. Bubis
DOCKET NUMBER: EJ04727 4/13   21FDV00049C

DATE: Aug 10 2022
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1  Name: Robert James Dudash
   Miranda Yvette O'Callaghan Dudash
2  Address: 32 Hudkins lane Berkeley
   Springs WV. 25411
3  Telephone Phone:
   (619) 7181850
4  Email:
5  RJDudash88@gmail.com

6
7                    2nd Amended Complaint

8            **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**

10
11  Robert James Dudash              Case No.: 22-CV-334-CAB-BLM
    Miranda Yvette O'Callaghan
12  Dudash                                (assigned at time of filing)
13                        Plaintiff(s),
                                     **COMPLAINT**
14  V.                               CPS and SDPD lied on filed
15  SDPD and SGT. Ellisson,          documents w/ courts and
    officers, Zaval, Calvin,         initially never showed warrant
16  and Bercerra. w/ CPS-CWS         or informed of any to Dudash
    PSW Hines and Angelica ulloa     family if had after 10 min.
17  and human well fare office,      of asking why you here and
    8911 Balboa Ave or               what do you want, and do
18  CPS Angency.          Defendant(s). you have warrant no answers
19  yet though givin' no consent     violate my familys rights
    and tresspass then kidnap my children and perjure
20  **I.    RELATED CASES** court filed documents - and violating
                                     our 4-5 6th 7th 8th 9th 11th 13th and 14th Amend.
21     a.   Do you have other Civil Case(s) in this or any other federal court?
22          ☐ Yes      ☒ No
23     b.   If yes, please list the case numbers here:
24
25  **II.   STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how*
26         *each defendant is involved, and tell what each defendant did to you that caused*
27         *you to file this suit against them. Include names of any other persons involved,*
28         *dates, and places.)* CPS-CWS-PSW Hines and PSW Angelica
    ulloa w/SDPD SGT. Ellison and officers Calvin, Zaval,
    and Bercerra Did not present or inform of any warrant
    or prescence for removal and/or kidnap of my children
    Yeshua Is'Dios Dudash and Loges Elyon Dudash

                                     1

I, Robert Budash declare CPS agents Jones and Angelica Ulloa w/ SDPD SGT. Ellison, officers Calvin, Zaval, and Bercerra lied on court docs perjuring to continue their incentive in kidnap and abduction, trafficking and Racketiering of my 2 babies — I do not consent, and when my children were kidnapped by them name before in grievance for justice and relief of the actual or w/ the actual law of the land and w/ Christ.

CPS and SDPD Agents and officers never gave copy of warrant or showed one or said had one if did actually wouldn't say anything or give any information to be harrassing my family, overreaching and encroaching on our families rights, now that they kidnap my children I am punished for no crimes w/ ongoing programs I participate in this null and void orders to only out of duress and the never ending threat that they will take my rights to my children, and for what crimes are my children seized, since they are my property, life, and blood, yet know apology, remorse, or relent in their endeavours to steal, abduct, isolate, and trauma tize my babies, family, and self.

Again for aprox. 10 min. on Dec. 23. 2021 I asked all previous mentioned of SDPD and CPS why are you here? what do you want? Do you have any paperwork or warrants? No answers jus intimidating threatning requests of will you come outside and talk to us, so I did, and with my daughter in my arms and though I comply and ask, No answers still outside for 5-10 minuse no one would tell me nothing or inform of nature of anything or why there though and while I persisted to ask why you here, what do you want to no avail still no answer yet took my daughter snatching her out my arms causing her now to cry scream panic and go through such trauma of kidnap and abduction from your or their loving caring dad and home.

So I ran for help but I was too late and my children now have been gave kidnap for or since Dec. 23 2021. Please get my 2 babies back home to me.

2

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

#1 - my children returned home. I am asking and/or demanding a Googol $ in legal tender public or private be the least to relieve this, since my children are my property life and blood and their is not a big enough number to express the trauma inflicted and the oppression implemented on Dudas family.

As you search this matter set before you, you will discover not only have our 4th 6th 7th 8th 9th 10th 13th and 14th amendments are and have been violated, but that the corruption fraud perjury treason and sedition is swallowed this court in El cajon with Gary M. Bubis and the court attorneys Jackob Bloch and cup cake and the clerks who all seem to be aiding this perjury fraud, traficking, and racketiering of my 2 innocent babies, my life, property and blood.

Again I ask my 2 babies Yeshua Is'Dios Dudash and Logos Elyon Dudash be returned home @ once as they are my life, blood, soul and property seized, abducted, kidnapped w/ out crimes seized and isolated, unlawfully detained, fraudulanty. And A Googol $ in legal tender public and private be relief to the ongoing usurpations and the initial violations.

I've now had my children kidnapped and abducted and withheld in unknown places, w/ unknown people strangers, while I continue doing all recomended by cps and courts all the more they continue their wickedness, and falsifying and perjuring to the record while not allowing me to object @ all muting me since day 1 and hung up on when and muted to record after hung up on by court for bringing up Supreme case law, and am locked out of own court appearances, or even allowed to file paper or forms or all objected with prejudice.

3

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Aug 10 2022
Date

Signature

Robert James Dudash
Printed Name

Date
Aug 10 2022

Printed name
Dudash
Miranda O'Callaghan

Signature

4