UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES DUDASH;<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ANGELICA ULLOA; SAN DIEGO POLICE DEPARTMENT SERGEANT ELLISON; OFFICER CALVIN; OFFICER BECERRA; OFFICER ZAVAL; SDPD; and 8911 BALBOA WELFARE AGENCY,<br><br>　　　　　　　　Defendants. | Case No.: 22-cv-334-CAB-BLM<br><br>**ORDER DISMISSING MIRANDA DUDASH AMENDED COMPLAINT AT DOCKET NO. 28** |

On October 17, 2022, Miranda Dudash filed an "amended complaint." [Doc. No. 28.] On October 17, 2022, this Court issued an order allowing the "amended complaint" to be docketed as a third-party complaint and to proceed only as to one claim, on condition that Ms. Dudash submit the filing fee or an application to proceed in forma pauperis by October 24, 2022. [Doc. No. 32.] To date, neither has been submitted. Accordingly, the third-party complaint [Doc. No. 28] is **HEREBY DISMISSED**.

　　**IT IS SO ORDERED.**

Dated: November 1, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　United States District Judge