UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT JAMES DUDASH;<br><br>                Plaintiffs,<br>v.<br><br>ANGELICA ULLOA; SAN DIEGO POLICE DEPARTMENT SERGEANT ELLISON; OFFICER CALVIN; OFFICER BECERRA; OFFICER ZAVAL; SDPD; and 8911 BALBOA WELFARE AGENCY,<br><br>                Defendants. | Case No.: 22-cv-334-CAB-BLM<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |
|---|---|

On May 9, 2023, this Court issued an Order to Show Cause ("OSC") why the case should not be dismissed for failure to serve the defendants. [Doc. No. 52.] Plaintiff was given until June 1, 2023, to file a written response to include any evidence that the persons signing the return receipts were authorized to accept service on behalf of the defendants. [Doc. No. 52 at 1-2.] Plaintiff was warned that if he did not provide such a response, the entire action would be dismissed without prejudice. [Doc. No. 52 at 2.] Since then, Plaintiff has submitted several handwritten filings, but none of them are responsive to the OSC. [*See* Doc. Nos. 53-55.]

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the entire action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE** the case. Plaintiff is free to pursue any appropriate remedies that may be available to him in state court.

**IT IS SO ORDERED.**

Dated: June 13, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge